19 F.3d 644
 Neal (Gaylord), Father of Fleming (Nancy)
v.
Summers (Hon. Edward), of Court of Common Pleas, Reeves
(Joan M.), Leisch (Doris M.), Clayton (Michael), Meltzer
(Pearl), Smith (Maryann), Schultz (Janet), Durkin (Martha),
Sobel (Maddi-Jane), Monzo (Cheryl), Feinschil (Jay), Rosoff
(Jeff), Vandenbraak (Sarah B.)
 NO. 93-1986
 United States Court of Appeals,
Third Circuit.
 Feb 24, 1994
 
 Appeal From: E.D.Pa.,
 Ludwig, J.
 
 
 1
 AFFIRMED.